IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:25-cr-219 |
| v. | ) | |
| | ) | Judge Trauger |
| | ) | |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | 18 U.S.C. § 1201(c) |
| [1] ANDREA THOMAS | ) | 18 U.S.C. § 1512(c)(1) |
| [2] CORY THOMAS | ) | 18 U.S.C. § 2261A(2) |
| [3] CHRISTIAN SMITH | ) | 18 U.S.C. § 2261B |
| [4] NANCY GATES | ) | 18 U.S.C. § 3559(f)(2) |

# S U P E R S E D I N G   I N D I C T M E N T

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning on or about October 1, 2020, and continuing through on or about January 28, 2025, in the Middle District of Tennessee, the defendants, **[1] ANDREA THOMAS, [2] CORY THOMAS,** and **[4] NANCY GATES,** knowingly and willfully conspired and agreed together, and with others known and unknown to the grand jury, to commit an offense against the United States, including Stalking, in violation of Title 18, United States Code, Sections 2261A(2) and 2261B.

**Overt Acts**

In furtherance of the conspiracy and to affect its objects, at least one of the following overt acts, among others, were committed in the Middle District of Tennessee:

1. No later than January 28, 2024, **[2] CORY THOMAS** installed a blink camera in Minor Victim 1's room.

2. On or about January 31, 2024, **[2] CORY THOMAS** installed metal panels on the walls and plywood on the ceiling of Minor Victim 1's bedroom while Minor Victim 1 was forced to kneel on a piece of wood and stand on a piece of wood while holding weights in his hands.

3. On or about January 31, 2024, **[1] ANDREA THOMAS** directed A.G. to record Minor Victim 1 while **[2] CORY THOMAS** was installing metal panels and plywood in Minor Victim 1's room.

4. Beginning in or about June 2024, **[1] ANDREA THOMAS** directed A.G. to monitor Minor Victim 1 via the blink camera application while A.G. was babysitting Minor Victim 1.

5. Beginning in or after June 2024, **[4] NANCY GATES** accessed the blink camera system in Minor Victim 1's room.

In violation Title 18, United States Code, Section 371.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Beginning on or about October 1, 2020, and continuing through on or about January 28, 2025, in the Middle District of Tennessee, the defendant, **[1] ANDREA THOMAS,** with the intent to kill, injure, harass, and intimidate another person and place under surveillance with the intent to kill, injure, harass, and intimidate another person, that is, Minor Victim 1, did use an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted

to cause, and would be reasonably expected to cause, substantial emotional distress to Minor Victim 1.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261B.

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Beginning on or about October 1, 2020, and continuing through on or about January 28, 2025, in the Middle District of Tennessee, the defendants, **[1] ANDREA THOMAS, [2] CORY THOMAS, [3] CHRISTIAN SMITH,** and **[4] NANCY GATES,** knowingly and willfully conspired and agreed together, and with others known and unknown to the grand jury, to commit the offense of Kidnapping, in violation of Title 18, United States Code, Section 1201(c).

**Overt Acts**

In furtherance of the conspiracy and to affect its objects, at least one of the following overt acts, among others, were committed in the Middle District of Tennessee:

6. On or about September 2023, **[2] CORY THOMAS** and I.B. installed barbed wire in the attic above Minor Victim 1's room.

7. On or about October 2023, **[2] CORY THOMAS** installed metal panels on the walls of Minor Victim 1's room.

8. On or about January 31, 2024, **[2] CORY THOMAS** installed metals panels on the walls and plywood on the ceiling of Minor Victim 1's bedroom while Minor Victim 1 was forced to kneel on a piece of wood and stand on a piece of wood while holding weights in his hands. **[3] CHRISTIAN SMITH** brought tools to **[2] CORY THOMAS** while **[2] CORY THOMAS** installed the metal panels and plywood.

3

9. Beginning in or about June 2024, **[1] ANDREA THOMAS** and **[2] CORY THOMAS** began paying A.G. to babysit Minor Victim 1.

10. Beginning in or after June 2024, **[4] NANCY GATES** accessed the blink camera system in Minor Victim 1's room.

11. Between October 1, 2020, and January 28, 2025, **[4] NANCY GATES** babysat Minor Victim 1 for **[1] ANDREA THOMAS** and **[2] CORY THOMAS.**

12. Between January 2021 and December 2024, H.S. babysat Minor Victim 1 for **[1] ANDREA THOMAS** and **[2] CORY THOMAS.**

In violation Title 18, United States Code, Sections 1201(c) and 3559(f)(2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Between on or about February 7, 2025, and continuing through on or about May 16, 2025, in the Middle District of Tennessee, the defendant, **[4] NANCY GATES**, did corruptly alter, destroy, mutilate and conceal an object and attempt to do so, with the intent to impair its integrity and availability for use in an official proceeding, a grand jury investigation and prosecution.

In violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about May 16, 2025, in the Middle District of Tennessee, the defendant, **[4] NANCY GATES**, did willfully and knowingly make a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by telling a Special Agent with the Federal Bureau of Investigation she threw

4

away a vest depicted in a photograph after her dog died. The statements and representations were false because, as **[4] NANCY GATES** then and there knew the vest depicted in the photograph was concealed in J.N.'s car.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

ROBERT E. McGUIRE
FIRST ASSISTANT UNITED STATES ATTORNEY

*Monica R. Morrison*

MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY